**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN FARRELL-KOPELAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CV 7452 |
| | ) | |
| ROUNDY'S ILLINOIS, LLC, | ) | Judge Andrea R. Wood |
| | ) | Magistrate Judge Susan E. Cox |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive
Burr Ridge, Illinois 60527

**PLEASE TAKE NOTICE** that on the 23rd day of May, 2017, at 9:00 a.m., or as soon thereafter as counsel can be heard, we shall appear before Judge Andrea R. Wood, or any judge sitting in her stead, in Room 1925, and present the Joint Motion for Status Conference, a copy of which is attached and hereby served upon you.

Date: May 16, 2017

Respectfully submitted,
BHC STREAMWOOD HOSPITAL, INC.

By: *s/ Jennifer M. Cerven*
Jennifer M. Cerven

John F. Kuenstler
Jennifer M. Cerven
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 FAX
john.kuenstler@btlaw.com
jennifer.cerven@btlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 16, 2017, a copy of the foregoing Defendant's Notice of Motion was filed using the Court's CM/ECF system, which will send notification of such filing to the parties of record listed below:

Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive
Burr Ridge, Illinois 60527
(630) 655-6000
bmd@gsrnh.com

*Attorney for Plaintiff*

*s/ Jennifer M. Cerven*
Jennifer M. Cerven

DMS JCERVEN 10004327v1